# Exhibit 5

        



## CyWee Group Ltd

Software Development · 210 followers · 51-200 employees

**+ Follow**    **Message**    ...

Home    **About**    Posts    Jobs    People

## Overview

CyWee is the market leader in wireless high definition video delivery and motion processing. We develop solutions that meet the highest of standards. Our management team is comprised of leading experts in the video and motion processing fields. As of Q3 2012, the company holds 241 patents (105 approved).

AirStream™ products empower our partners and customers to tackle the toughest challenges in content delivery. Wireless ICs from CyWee are being embedded into products such as smartphones, tablets, TVs, and projectors to help people share their personal content.

Based on research that started in 2003, CyWee's MEMS products are key in providing consumer products with a motion interface. Our motion products enable customers to deliver highly accurate, responsive, and cost-effective consumer solutions to the market.

Headquartered in Taipei, Taiwan, CyWee also has offices in Beijing and Hangzhou, China and Santa Clara, California. CyWee is funded by SoftBank China Venture Capital and Taiwan's Industrial Technology Research Institute (ITRI).

### Website
http://www.cywee.com

### Industry
Software Development

### Company size
51-200 employees
26 associated members 

### Founded
2007

### Specialties
Motion Processing Algorithms, Wireless Streaming Technology, MEMS Chipsets, 3D Motion Controllers, Smart TV Remotes (motion), Wireless Streaming Accessories, AirStream Technology, and Dual-Screen Display

About    Accessibility    Talent Solutions    ? Questions?    Select Language

| | | | |
|---|---|---|---|
| Professional Community Policies | Careers | Marketing Solutions | Visit our Help Center. |
| Privacy & Terms ▾ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. |
| Sales Solutions | Mobile | Small Business | |
| Safety Center | | | Recommendation transparency Learn more about Recommended Content. |

English (English) ▾

LinkedIn Corporation © 2024

---

Ad ···

Start Your Business Communications Degree with a $2,500 scholarship

**WGU**

$2.5k WGU Scholarship

Apply Free

---

**Pages people also viewed**

cyweemotion group
6 followers

+ Follow

ULSee Inc.
Software Development
799 followers

+ Follow

7 Sensing Software
IT Services and IT Consulting
5,636 followers

+ Follow

Show all →

---

**People also follow**

Writers and Authors
Book and Periodical Publishing
115,627 followers

+ Follow

Writing
1,831,188 followers

+ Follow

Penguin Press
Book and Periodical Publishing
18,075 followers

+ Follow

Show all →

