ELIZABETH L. BRANN
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Dr., Suite 350
San Diego, CA  92121
Telephone:  1(858) 458-3000
Facsimile:  1(858) 458-3005

Attorneys for Plaintiffs
Samsung Electronics Co., Ltd. and Samsung
Electronics America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CM HK, LTD. and CYWEE GROUP LTD.,<br><br>Defendants. | CASE NO. 4:24-cv-06567<br><br>**PLAINTIFFS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") disclose the following:

1. SEC is a publicly held corporation organized under the laws of the Republic of Korea. SEC has no parent corporation and no other publicly held corporation owns 10% or more of the stock of SEC.

2. SEA is a wholly owned subsidiary of SEC. No other publicly held corporation owns 10% or more of the stock of SEA.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other

entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. SEC
2. SEA

DATED: September 18, 2024                    Respectfully Submitted,

                ELIZABETH L. BRANN
                PAUL HASTINGS LLP

                By:   */s/ Elizabeth L. Brann*
                    *Elizabeth L. Brann*
                    ELIZABETH L. BRANN
                    elizabethbrann@paulhastings.com
                    PAUL HASTINGS LLP
                    4655 Executive Dr., Suite 350
                    San Diego, CA  92121
                    Telephone:  1(858) 458-3000
                    Facsimile:  1(858) 458-3005

                Attorneys for Plaintiffs
                Samsung Electronics Co., Ltd. and
                Samsung Electronics America, Inc.