UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CM HK, LTD. AND CYWEE GROUP LTD., <br><br> Defendants. | CASE NO. 4:24-CV-06567-JST <br><br> **[PROPOSED] ORDER DENYING DEFENDANT CM HK, LTD.'S MOTION TO DISMISS** <br><br> Judge:    Hon. Jon S. Tigar <br><br> DEMAND FOR JURY TRIAL |

Before the Court is Defendant CM HK, Ltd.'s Motion to Dismiss. Having considered the briefing and arguments of the parties, the Court finds that Defendant CM HK, Ltd.'s motion is hereby **DENIED**.

**IT IS SO ORDERED**.

Dated: _____     By: _____
                                            Hon. Jon S. Tigar
                                            United States District Judge