UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CM HK, LTD. AND CYWEE GROUP LTD.,<br><br>Defendants. | CASE NO. 4:24-CV-06567-JST<br><br>**[PROPOSED] ORDER DENYING DEFENDANT CYWEE GROUP LTD.'S MOTION TO DISMISS**<br><br>Judge:   Hon. Jon S. Tigar<br><br>DEMAND FOR JURY TRIAL |

Before the Court is Defendant CyWee Group Ltd.'s Motion to Dismiss. Having considered the briefing and arguments of the parties, the Court finds that Defendant CyWee Group Ltd.'s motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: _____     By: _____
　　　　　　　　　　　　　　　　　　　Hon. Jon S. Tigar
　　　　　　　　　　　　　　　　　　　United States District Judge