1  ELIZABETH L. BRANN (SB# 222873)
   elizabethbrann@paulhastings.com
2  ARIELL N. BRATTON (SB# 317587)
   ariellbratton@paulhastings.com
3  SASHA VUJCIC (SB# 332766)
   sashavujcic@paulhastings.com
4  PAUL HASTINGS LLP
   4655 Executive Dr., Suite 350
5  San Diego, CA 92121
   Telephone:  1(858) 458-3000
6  Facsimile:  1(858) 458-3005

7  [ADDITIONAL COUNSEL LISTED
   ON SIGNATURE PAGE]
8
   Attorneys for Plaintiffs
9  Samsung Electronics Co., Ltd. and
   Samsung Electronics America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CM HK, LTD. AND CYWEE GROUP LTD., <br><br> Defendants. | CASE NO. 4:24-CV-06567-JST <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CYWEE GROUP LTD.** <br><br> DEMAND FOR JURY TRIAL |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Plaintiffs") hereby file this Notice of Voluntary Dismissal as to Defendant CyWee Group Ltd. ("CyWee"). CyWee has not filed an answer or a motion for summary judgment.

Plaintiffs have been requesting agreements—including a "Patent Assignment Agreement"—necessary to confirm whether CyWee has any interest in the patents at issue in this declaratory judgment action. *See* Dkt. 59-3 at 4–7. After this case was filed, CyWee provided certain agreements in productions and in its Motion to Dismiss. *See* Dkt. 52-1, Exs. 1–4. Plaintiffs reiterated that they believed agreements still appeared to be missing. *See* Dkt. 59-3 at 4–7. Recently, CyWee confirmed for the first time in its Reply in Support of its Motion to Dismiss (Dkt. 62) that the "Patent Assignment Agreement" Samsung was seeking was Exhibit 1 to CyWee's Motion to Dismiss and "there are no additional agreements or assignments" that impact CyWee's rights to the asserted patents. Dkt. 62 at 3, 7.

In light of those representations, Plaintiffs voluntarily dismiss CyWee without prejudice. CM HK Ltd. remains as Defendant in this case.

DATED: February 20, 2025

Respectfully submitted,

By: /s/ Elizabeth L. Brann
ELIZABETH L. BRANN (SB# 222873)
elizabethbrann@paulhastings.com
ARIELL N. BRATTON (SB# 317587)
ariellbratton@paulhastings.com
SASHA VUJCIC (SB# 332766)
sashavujcic@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Dr., Suite 350
San Diego, CA 92121
Telephone: 1(858) 458-3000
Facsimile: 1(858) 458-3005

Robert Laurenzi (*Pro Hac Vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue, 26th Floor
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 318-6100

Attorneys for Plaintiffs
Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.