UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CM HK, LTD., et al., <br><br> Defendants. | Case No. 24-cv-06567-JST <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT CM HK, LTD.'S MOTION TO CHANGE TIME** <br><br> Re: ECF No. 48 |

Before the Court is Defendant CM HK, Ltd.'s motion to change time and amend scheduling order pursuant to Civil Local Rule 6-3. ECF No. 48.

CM HK asks the Court to continue its deadline to serve infringement contentions to March 28, 2025 and to order Samsung to provide CM HK 50 hours of access to Samsung's source code, which CM HK argues is necessary for CM HK to serve its infringement contentions. Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. oppose the motion. ECF No. 49.

The Court will grant the motion in part and deny it in part. The deadlines set forth in the Court's January 15, 2025 Scheduling Order, ECF No. 47, remain in full effect as to United States Patent Nos. 10,852,846 and 11,698,687. As to United States Patent Nos. 10,275,038 and 10,817,072, the deadlines to serve infringement contentions and invalidity contentions are vacated. The Court will reset those deadlines as to the '038 and '072 patents, if necessary, after the Court

/ / /

/ / /

/ / /

/ / /

1  decides any motions to dismiss that CM HK files with respect to those patents.

2  CM HK's request for source code access is denied as moot.

3  **IT IS SO ORDERED.**

4  Dated:  March 5, 2025



JON S. TIGAR
United States District Judge