UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CM HK, LTD., <br><br> Defendant. | Case No. 24-cv-06567-JST <br><br> **ORDER DENYING JOINT STIPULATION AND PROPOSED STIPULATED PROTECTIVE ORDER** <br><br> Re: ECF No. 69 |

Pending before the Court is the parties' joint stipulation and proposed stipulated protective order. ECF No. 69. The Court will deny the stipulation.

The parties propose using the "protective order in the co-pending matter *CM HK, Ltd. v. Samsung Electronics Co., et al.*, No. 2:24-cv-00880-JRG, Dkt. No. 37 (E.D. Tex. Mar. 12, 2025)." ECF No. 69-1 ¶ 2. "To ease coordination between the two cases, the parties have agreed to use that protective order in this case with additions to account for this Court's rules, including the rules relating to filing protected material, defining the scope of source code material, designating protected material, and challenging confidentiality designations." *Id*.

Pursuant to this Court's Standing Order for All Civil Cases ("Standing Order"), the parties were required to file one of the following with their proposed protective order:

> (a) a declaration stating that the proposed order is identical to one of the model orders except for the addition of case-identifying information or the elimination of language denoted as optional;
>
> (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed order with the model order; or
>
> (c) a declaration explaining why use of one of the model orders is not practicable.

1  Standing Order, Section G.  The parties' submitted declaration does not "explain[] each
2  modification to the model order," and the parties have not provided a "redline version comparing
3  the proposed order with the model order."  *Id*.  The declaration also does not "explain[] why use of
4  one of the model orders is not practicable."  *Id*.  As stated in the Court's Standing Order,
5  "[p]roposed orders that are not accompanied by one of the required declarations will be denied
6  without prejudice."  *Id*.  Accordingly, the parties' joint stipulation and proposed stipulated
7  protective order is denied without prejudice.

**IT IS SO ORDERED.**

Dated:  May 15, 2025



JON S. TIGAR
United States District Judge