UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br>                Plaintiffs, <br>   v. <br> CM HK, LTD., <br>                Defendant. | Case No. 4:24-CV-06567-JST <br><br> [PROPOSED] ORDER GRANTING DEFENDANT CM HK, LTD.'s MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO TRANSFER VENUE <br><br> Judge: Hon. Jon S. Tigar |

This matter comes before the Court on Defendant's Motion for Reconsideration of the Court's Order Denying Defendant's Motion to Transfer Venue, dated August 21, 2025. The Court having considered the motion, the response(s) thereto (if any), the applicable law, and the record in this case, finds good cause to grant Defendant's Motion for Reconsideration.

IT IS HEREBY ORDERED as follows:

1. The Motion for Reconsideration is GRANTED.
2. The Court's prior Order Denying Motion to Transfer Venue, entered on August 21, 2025, is VACATED.

[PROPOSED] ORDER GRANTING DEFENDANT CM HK, LTD.'s MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO DISMISS CASE NO. 4:24-CV-06567-JST

3. Upon reconsideration, the Motion to Transfer Venue is GRANTED.

4. This case is hereby TRANSFERRED to the United States District Court for the Eastern District of Texas, pursuant to 28 U.S.C. § 1404(a). The Clerk of the Court is directed to transfer the file and all related documents to the transferee court forthwith.

5. All pending motions, deadlines, and hearings in this Court are TERMINATED as moot upon transfer.

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE