CHRISTOPHER L. EVANS
chris@offorevans.com
OFFOR EVANS PLLC
1122 Jackson Street, Ste 901
Dallas, TX 75202
Telephone:  1(214) 394-6779

MICHAEL W SHORE
mshore@shorefirm.com
THE SHORE FIRM LLP
5646 Milton Street, Ste 423
Dallas, TX 75206
Telephone:  1(214) 593-9140
Facsimile:  1(214) 593-9111

Attorneys for Defendants
CM HK, Ltd.

JAMES L. JACOBS
jjacobs@gcalaw.com
VALERIE MARGO WAGNER
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Telephone:  1(650) 428-3900
Facsimile:  1(650) 428-3901

Attorneys for Plaintiffs
Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CM HK, LTD.<br><br>Defendant. | CASE NO.: 4:24-CV-06567-JST<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CM HK LTD'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PART<br><br>Judge:  Hon. Jon S. Tigar<br><br>DEMAND FOR JURY TRIAL |

[PROPOSED] ORDER GRANTING CM HK LTD'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED; CASE NO. 4:24-CV-06567-JST

Pending before this Court is Defendant CM HK, Ltd's ("CM HK" or "Defendant") Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Having considered said motion and all other papers filed in support thereof, the Court finds that good cause exists to file the requested materials under seal.

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED IN PART. Accordingly, the material listed below shall be filed under seal:

| Document | Portion/Entirety | Designating Party | Designation | Ruling |
|---|---|---|---|---|
| Joint Letter Brief (Dkt. 156) | Highlighted portions of pages 1, 2, and 4. | Samsung | Highly Confidential – Attorneys' Eyes Only | DENIED |
| Ex. 1: Excerpts from Deposition Transcript of Samsung Corporate Representative | Entirety | Samsung | Highly Confidential – Attorneys' Eyes Only | GRANTED |
| Ex. 2: Excerpts from Deposition Transcript of Samsung Corporate Representative | Entirety | Samsung | Highly Confidential – Attorneys' Eyes Only | GRANTED |
| Exhibit 3: Deposition Transcript of Samsung Corporate Representative Youngmo Koo | Entirety | Samsung | Highly Confidential – Attorneys' Eyes Only | GRANTED |
| Ex. 5: Excerpts from Deposition Transcript of Samsung Corporate Representative | Entirety | Samsung | Highly Confidential – Attorneys' Eyes Only | GRANTED |
| Ex. 6: Excerpts from Deposition Transcript of Samsung Corporate Representative | Entirety | Samsung | Highly Confidential – Attorneys' Eyes Only | GRANTED |

[PROPOSED] ORDER GRANTING CM HK LTD'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED; CASE NO. 4:24-CV-06567-JST

**IT IS SO ORDERED.**


Dated: _____February 10_____, 2026        By: _____

The Honorable Lisa J. Cisneros
United States Magistrate Judge