UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CM HK, LTD., <br><br> Defendant. | CASE NO. 4:24-CV-06567-JST-LJC <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL JOINT DISCOVERY BRIEF** <br><br> Judge:    Hon. Jon S. Tigar <br><br> DEMAND FOR JURY TRIAL |

Before the Court is Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s ("Plaintiffs") Administrative Motion for Leave to File Under Seal ("Motion"). Having considered said Motion and all other papers filed in support thereof, the Court finds that good cause exists to file the requested materials under seal.

IT IS HEREBY ORDERED THAT Plaintiffs' Motion is GRANTED. Accordingly, the material listed below shall be filed under seal:

| Document | Designating Party | Ruling |
|---|---|---|
| Exhibit 5 to Plaintiffs and CM HK, Ltd.'s ("Defendant") (collectively, "Parties") Joint Discovery Letter Brief | Plaintiffs | **GRANTED** |

**IT IS SO ORDERED.**

Dated:   Feb.10, 2026                By: _____

Hon. Lisa J. Cisneros
United States Magistrate Judge

CASE NO. 4:24-CV-06567-JST-LJC

[PROPOSED] ORDER GRANTING
ADMIN MOTION TO SEAL