UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CM HK, LTD., <br><br> Defendant. | CASE NO. 4:24-CV-06567-JST-LJC <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge:   Hon. Jon S. Tigar <br><br> DEMAND FOR JURY TRIAL |

Before the Court is Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s ("Plaintiffs") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion"). Having considered said Motion and all other papers filed in support thereof, the Court finds that good cause exists to file the requested materials under seal.

IT IS HEREBY ORDERED THAT Plaintiffs' Motion is GRANTED. Accordingly, the material listed below shall be filed under seal:

| Document | Designating Party | Ruling |
|---|---|---|
| Certain Portions of Plaintiffs and CM HK, Ltd.'s ("Defendant") (collectively, "Parties") Joint Discovery Letter Brief | Defendant | **GRANTED** |
| Certain Portions of Exhibit 2 to the Joint Discovery Letter Brief | Defendant | **GRANTED** |
| Certain Portions of Exhibit 3 to the Joint Discovery Letter Brief | Defendant | **GRANTED** |
| Certain Portions of Exhibit 4 to the Joint Discovery Letter Brief | Defendant | **GRANTED** |

**IT IS SO ORDERED.**

Dated: ___Feb. 10, 2026___          By: _____
                                         Hon. Lisa J. Cisneros
                                         United States Magistrate Judge

CASE NO. 4:24-CV-06567-JST-LJC

[PROPOSED] ORDER GRANTING
ADMIN MOTION TO CONSIDER