UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br> v. <br> CM HK, LTD. <br><br> Defendants. | CASE NO.: 4:24-CV-06567-JST <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING MODIFICATION TO SCHEDULE FOR COMPLETING JURISDICTIONAL DISCOVERY <br><br> DEMAND FOR JURY TRIAL |

Having considered the Joint Stipulation Requesting Modification to Schedule for Completing Jurisdictional Discovery, and good cause appearing, the Court hereby ORDERS as follows:

The deadline for CM HK to produce its documents will be extended to on or before February 26, 2026 and the deposition of CM HK's corporate representative will be extended to between March 12, 2026 and March 19, 2026.

All other deadlines and dates set by the Court remain unchanged.

IT IS SO ORDERED.

[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING MODIFICATION TO SCHEDULE FOR COMPLETING JURISDICTIONAL DISCOVERY
CASE NO. 4:24-CV-06567-JST

Dated: _____February 19_____, 2026

_____
The Honorable Lisa J. Cisneros
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING
MODIFICATION TO SCHEDULE FOR COMPLETING JURISDICTIONAL
DISCOVERY
CASE NO. 4:24-CV-06567-JST